Carl E. Botsford, appellee, v. City of Elgin, appellant. Gen. No. 6,644.

Appeal from the City Court of Elgin; the Hon. Frank E. Shopen, Judge, presiding. Heard in this court at the October term, 1918.

Affirmed for reasons given in Botsford v. City of Elgin, Gen. No. 6,643, *ante*, p. 598. Opinion filed February 8, 1919.

Eugene Clifford, for appellant. R. S. Egan and John K. Newhall, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.